IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAIRO SOTO,

    Petitioner,               No. 2:12-cv-2372 KJM EFB P

vs.

MARTIN BITER,

    Respondent.          ORDER TO SHOW CAUSE

_____/

      Petitioner is a state prisoner without counsel seeking a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On January 8, 2013, the undersigned directed respondent to file a response to the petition within 60 days. On March 8, 2013, respondent requested a 60-day extension of time to file his response. On March 12, 2013, the undersigned granted respondent's request in part, extending the date to file a responsive pleading to April 12, 2013. As of the date of this order, respondent has not filed a response to the petition.

      Accordingly, good cause appearing, IT IS HEREBY ORDERED that:

      1. Respondent shall show cause, in writing, no later than May 3, 2013, why sanctions should not be imposed for his failure to timely file a responsive pleading; and

      2. Respondent shall file a response to the petition no later than May 3, 2013.

Dated: April 19, 2013.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE