IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAIRO SOTO,

      Petitioner,               No. 2:12-cv-2372 KJM EFB P

    vs.

MARTIN BITER,

      Respondent.        <u>ORDER</u>

                          /

      Petitioner is a state prisoner without counsel seeking a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On January 8, 2013, the undersigned directed respondent to file a response to the petition within 60 days. Dckt. No. 6. On March 8, 2013, respondent filed a request for a 60-day extension of that deadline. That request was granted, in part, in a March 12, 2013 order extending the time to file a responsive pleading to April 12, 2013. Respondent failed to file a response by that date. Accordingly, on April 19, 2013, respondent was ordered to show cause why sanctions should not be imposed for his failure to file a responsive pleading. Dckt. No. 15.

      On April 30, 2013, respondent's counsel filed a response to the order to show cause indicating that the failure to timely file a response was due to inadvertence. Dckt. No. 17. Counsel apologized and explained that she failed to realize that the court had only granted an additional 30 days to file a response due to her failure to carefully read the court's order. *Id*. In

light of those representations, the April 19, 2013 order to show cause is discharged. No sanctions will be imposed. However, respondent's counsel is admonished that she must carefully read and follow this court's orders. Future failures to comply with this court's orders may result in sanctions.

      Accordingly, it is ORDERED that the April 19, 2013 order to show cause, Dckt. No. 15, is discharged.

Dated: May 10, 2013.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE